**GANT v. STATE.**

No. 26961.

Court of Criminal Appeals of Texas.

April 28, 1954.

No attorney on appeal for appellant.

Wesley Dice, State's Atty., of Austin, for the State.

GRAVES, Presiding Judge.

Appellant was convicted for a violation of the liquor law in Lubbock County, and his punishment was assessed at a fine of $200.

All matters of procedure appear regular. The record is before us without a statement of facts or bills of exception. In the absence thereof, nothing is presented for review.

The judgment of the trial court is affirmed.